## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 - all | **DATE** | 12/19/2007 |
| **CASE TITLE** | United States of America vs. Francisco Mendez-Nunez, et al. | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Francisco Mendez-Nunez, Salvador Garcia, Francisco Mendez, Javier Garcia, Francisco Soto, Juan Duran, Oscar Andrade, Victor Velazquez, and Don McNish pursuant to criminal complaint filed on 12/19/07. The government's motion to seal complaint, affidavit and arrest warrant is granted. Enter order that the complaint, affidavit and arrest warrant be sealed until 12/28/07 or until further order of the Court.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|