UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **07CR 0851** |
| | ) | |
| v. | ) | Hon. Sidney I. Schenkier |
| | ) | |
| FRANCISCO MENDEZ-NUNEZ | ) | |
| SALVADOR GARCIA | ) | |
| FRANCISCO MENDEZ JR. | ) | |
| JAVIER GARCIA | ) | |
| FRANCISCO SOTO | ) | |
| JUAN DURAN | ) | |
| OSCAR ANDRADE | ) | |
| VICTOR VELAZQUEZ | ) | |
| DON MCNISH | ) | |

## ORDER

This matter having come before the Court on the <u>ex parte</u> motion of the United States to seal the criminal complaint and arrest warrants, it is hereby

ORDERED that the criminal complaint and arrest warrants shall be and remain <u>under seal</u> until the arrest of the defendants, but not later than December 28, 2007, unless further ordered by this Court. Notwithstanding this order, the government may disclose the existence of the warrants insofar as it may deem necessary to effectuate their execution and may disclose the complaint following the arrest of defendants.

ENTER:

Sidney I. Schenkier
Magistrate Judge
United States District Court

Dated: 12-19-07