# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 - all | **DATE** | 12/21/2007 |
| **CASE TITLE** | United States of America vs. Francisco Mendez-Nunez | | |

**DOCKET ENTRY TEXT**

Government's motion for an order directing that certain materials be disclosed to the defense pursuant to a protective order is granted. Enter order directing that certain materials be disclosed to the defense pursuant to a protective order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:12

| | Courtroom Deputy Initials: | mm |
|---|---|---|