# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 - 2 | **DATE** | 1/3/2008 |
| **CASE TITLE** | United States of America vs. Salvador Garcia | | |

**DOCKET ENTRY TEXT**

Defendant waives preliminary examination. Enter a finding of probable cause; order defendant bound to the U.S. District Court for further proceedings.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | mm |
|---|---|---|