# United States District Court

NORTHERN  DISTRICT OF  ILLINOIS

UNITED STATES OF AMERICA

V.

SALVADOR GARCIA

**FILED**
JAN 11 2008
1-11-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 07CR 0851-2

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Salvador Garcia
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring with others to possess with intent to distribute and to distribute a controlled substance, namely, in excess of five hundred grams of mixtures and substances cocaine, in violation of Title 21, United States Code, Section 841(a)(1);

in violation of Title 21 United States Code, Section(s) 846; and Title 18, USC, Section 2

Sidney I. Schenkier
Name of Issuing Officer

[signature]
Signature of Officer

U.S. Magistrate Judge
Title of Issuing Officer

12/19/2007  Chicago, Illinois
Date and Location

Bail fixed at $ _____  by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
4730 S. Bishop, Chicago, IL

| DATE RECEIVED 12-20-2007 | NAME AND TITLE OF ARRESTING OFFICER SA BLAKE O. SMITH | SIGNATURE OF ARRESTING OFFICER SA [signature] |
|---|---|---|
| DATE OF ARREST 12-20-2007 | | |