# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 - 1, 2, 6 | **DATE** | 3/25/2008 |
| **CASE TITLE** | United States of America vs. Francisco Mendez-Nunez, Salvador Garcia, Juan Duran | | |

**DOCKET ENTRY TEXT**

Arraignment held as to Francisco Mendez-Nunez, Salvador Garcia, and Juan Duran. The defendants plead not guilty. Rule 16.1 (a) conference to be held by 4/1/08. Pretrial motions are to be filed by 4/15/08. Status hearing before Judge Gettleman is to be held on 4/15/08 at 9:15 a.m. Time is excluded from 3/25/08 to 4/15/08 pursuant to 18 U.S.C. section 3161 (h)(1)(F), (X-E).

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | mm |
|---|---|---|