UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | No. 07 CR 851-2 |
| ) | Honorable Robert W. Gettleman |
| Salvador GARCIA ) | |
|     Defendant ) | |

## MOTION TO ADOPT CO-DEFENDANTS' MOTIONS

Defendant Salvador GARCIA, by his attorney Steven R. Shanin, respectfully moves to adopt any and all motions and supporting memoranda filed by co-defendants that are applicable to defendant Salvador GARCIA and seek a relief requested that, if granted, would inure to the benefit of defendant.

Respectfully Submitted,

s/Steven R. Shanin
Attorney for Salvador GARCIA

Steven R.Shanin
53 West Jackson Boulevard, suite 920
Chicago, Illinois  60604
312 697-0000  FAX 312 939-0054
sshanin@federallaw.us