UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 07 CR 851-2 |
| | ) | Honorable Robert W. Gettleman |
| Salvador GARCIA | ) | |
|     Defendant | ) | |

TO: Mark E. Schneider, esq.
    Greg Deis, esq
    Assistant United States Attorneys
    219 South Dearborn Street, 5th Floor
    Chicago, Illinois 60604

**NOTICE OF FILING** and
**CERTIFICATE OF SERVICE**

    PLEASE TAKE NOTICE that on Friday, April 4, 2008 we have electronically filed and hand delivered a courtesy copy to the chambers of Honorable Judge Robert W. Gettleman, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, the following attached documents:

**MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS**

**MOTION FOR SEVERANCE**

**MOTION TO ADOPT CO-DEFENDANTS' MOTIONS**

                                                  Respectfully submitted,

                                                  s/Steven R. Shanin

STEVEN R. SHANIN
53 West Jackson Boulevard, suite 920
Chicago, Illinois 60604
312 697-0000  FAX 312 939-0054
sshanin@federallaw.us

## CERTIFICATE OF SERVICE

Steven R. Shanin, an attorney, states that on April 4, 2008 he caused a copy of the above Notice and Motion to be tendered to the United States Attorney's Office by electronic filing.

                                            s/Steven R. Shanin