UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 07 CR 851 |
| v. | ) | |
| | ) | Hon. Robert W. Gettleman |
| FRANCISCO MENDEZ-NUNEZ, et al. | ) | |

## ATTORNEY SUBSTITUTION

Please take notice that Assistant United States Attorney Mark Schneider is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/Meghan C. Morrissey
   MEGHAN C. MORRISSEY
   Assistant United States Attorney
   219 South Dearborn Street, Room 500
   Chicago, Illinois 60604
   (312) 353-4045

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## ATTORNEY SUBSTITUTION

was served pursuant to the district court's ECF system as to all ECF filers, on April 23, 2008:

s/Meghan C. Morrissey
MEGHAN C. MORRISSEY
Assistant United States Attorney
219 South Dearborn Street, Room 500
Chicago, Illinois 60604
(312) 353-4045